1468

## MOTION DOCKET

**91–863.** State ex rel. Kirby v. S.G. Loewendick & Sons, Inc. *Franklin County*, No. 89AP–1276. On request for oral argument. Request denied.

**91–2112.** In re Guardianship of Rudy. *Trumbull County*, Nos. 90–T–4398 and 90–T–4416. On motion to dismiss. Motion to dismiss overruled.

MOYER, C.J., and WRIGHT, J., dissent.

**92–162.** State v. Wallace. *Hamilton County*, No. C–900779. On motion to reconsider denial of bond. Motion denied.

**92–190.** State ex rel. Vindicator Printing Co. v. Watkins. *Trumbull County*, No. 91–T–4555. On motion for leave to file *amicus* of Fraternal Order of Police of Ohio, Inc. Motion granted.

**92–465.** Krejci v. Prudential Property & Cas. Ins. Co. Certified Question of State Law, No. 91CV1545. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers instanter. Motion granted.

MOYER, C.J., dissents because the motion is out of rule.

HOLMES and WRIGHT, JJ., dissent.

**92–652.** Carpenter v. Consolidated Rail Corp. *Mahoning County*, No. 90 C.A. 116. On motion to consolidate with 92–324, *Carpenter v. Consolidated Rail Corp.*, Mahoning County, No. 90 C.A. 116. Motion granted.

**92–733.** State v. Estes. *Montgomery County*, No. CA 12662. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., and WRIGHT, J., dissent.

**92–781.** State v. Carr. *Hamilton County*, Nos. C–910034 and C–910035. On motion for leave to file delayed appeal. Motion granted.

HOLMES and WRIGHT, JJ., dissent.